IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SEAN HARRISON § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-102-Y |
| § | |
| HEMANI CAPITAL GROUP, INC. § | |
| d/b/a PAPA JOHNS and AL AMIN § | |
| HEMANI § | |

**FINAL JUDGMENT**

In accordance with the Stipulation of Dismissal with Prejudice (doc. 22) filed on September 24, 2018, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920, expenses and attorney's fees shall be borne by the party incurring them.

SIGNED September 27, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lnb